NOT FOR PUBLICATION                                                                                    (Document No. 11)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 199 WELFARE, et al., | : : : : | |
| Plaintiffs, | : : | Civil No. 11-4976 (RBK/JS) |
| v. | : : | **ORDER** |
| RAMCO SOLUTIONS, Defendant. | : : : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs' motion for default judgment under Federal Rule of Civil Procedure 55(b)(2) (Doc. No. 11), and the Court having considered the moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**.  Judgment is entered in favor of Plaintiffs against Defendant in the amount of $5,508.84, representing $1,899.34 in unpaid benefit fund contributions, $429.59 in costs, and $3,180.00 in attorneys' fees.


Dated: 8/26/2013                                                                       /s/ Robert B. Kugler
                                                                                                            ROBERT B. KUGLER
                                                                                                            United States District Judge